# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN ARNOLD, | Case No. ED CV 13-0239 GAF (JCG) |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| NORTH KERN STATE PRISON, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record.  No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered denying the Petition and dismissing this action without prejudice; and

3.     The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322,

336 (2003).  Thus, the Court declines to issue a certificate of appealability.

DATED: March 29, 2013

_____

HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE