# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN ARNOLD,  <br>  Petitioner,  <br>  v.  <br> NORTH KERN STATE PRISON,  <br>  Respondent. | Case No. ED CV 13-0239 GAF (JCG)  <br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 29, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE